(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE



FILED

JUN 17 2016

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__Bridget Anne Brooks__

(Name of Plaintiff or Plaintiffs)

v.

__Beebe Healthcare__

(Name of Defendant or Defendants)

Civ. Action No. _16 cv 462_
(To be assigned by Clerk's Office)

## COMPLAINT FOR
## EMPLOYMENT DISCRIMINATION
(Pro se)

Jury Demand?
☐Yes
☒No

1.  This action is brought pursuant to (check all spaces that apply):

    ☐  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
        employment discrimination on the basis of race, color, religion, sex, or national origin.

    ☐  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*,
        for employment discrimination on the basis of age.  My year of birth is: _____.

    ☐  Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment
        discrimination on the basis of a disability by an employer which constitutes a program
        or activity receiving federal financial assistance.

    ☒  Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for
        employment discrimination on the basis of disability.

2.  Plaintiff resides at ___117 Sandridge Court___
    (Street Address)

| __Millsboro__ | __Sussex__ | __Delaware__ | __19966__ |
|---|---|---|---|
| (City) | (County) | (State) | (Zip Code) |

__302 934 6902__ . **Attach additional sheets if more than one Plaintiff.**

(Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at _____424 Savannah Road_____
    (Street Address)

| __Lewes__ | __Sussex__ | __Delaware__ | __19958__ |
|---|---|---|---|
| City) | (County) | (State) | (Zip Code) |

**Attach additional sheets if more than one Defendant.**

1

A. ☐ Plaintiff's race
B. ☐ Plaintiff's color
C. ☐ Plaintiff's sex
D. ☐ Plaintiff's religion
E. ☐ Plaintiff's national origin
F. ☐ Plaintiff's age
G. ☒ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A. ☐ Injunctive relief (specify what you want the Court to order): _____
_____.
B. ☒ Back pay.
C. ☐ Reinstatement to former position.
D. ☐ Monetary damages in the amount of _____.
E. ☒ That the Court appoint legal counsel.
F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
G. ☒ Other (specify): Monetary contributions that would have been made by employer in benefits earning

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____6/17/2016_____

_Bridget Anne Brooks_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's _____ **Beebe Healthcare** _____ place of business
(Defendant's Name)

located at ____ **424 Savannah Road** _____
(Street Address)

**Lewes** _____ **Sussex** _____ **Delaware** _____ **19958** _____(
City _____ (County) _____ (State) _____ (Zip Code)

5.      The alleged discriminatory acts occurred on _____, _____, _____.
(Day) _____ (Month) _____ (Year)

6.      The alleged discriminatory practice   ☐ is   ☒ is not   continuing.

On _____, _____, _____ , Plaintiff filed charges
(Day) _____ ( Month) _____ (Year)

with the Department of Labor of the State of Delaware: _____,
(Agency)

_____ _____ _____
(Street Address) _____ (City) _____ (County)

_____ , regarding defendant's alleged discriminatory conduct.
(State) _____ (Zip Code)

On ____ **26** ____, ____ **February** ____, ____ **2014** ____ , Plaintiff filed charges
(Day) _____ ( Month) _____ (Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9.      The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on: ____ **17** ____, ____ **April** ____, ____ **2016** ____.
(Day) _____ (Month) _____ (Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.     The alleged discriminatory acts, in this suit, concern:

A.  ☐  Failure to employ plaintiff.
B.  ☒  Termination of plaintiff's employment.  Plaintiff was terminated from employment on
the following date: ____ **August 28, 2013** _____.
C.  ☐  Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date:
_____
D.  ☐  Other acts (please specify):_____

**Retaliation and hostile work environment**

_____

_____

11.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2